On application for rehearing, Ford Motor Credit Company contends that this Court has confused the records of the two cases which were consolidated for argument on appeal, but which were tried separately, and that the record in its case, considered separately from that of its companion case, RobertL. Washington v. Jim Short Ford Sales, Inc., et al., presents no evidence from which a jury could conclude that it had any duty of disclosure to the plaintiff. In an excess of caution, we have returned to that record, and re-examined it in the light of appellant's contentions. We conclude that the facts enumerated in the opinion as supporting such a finding are well-supported by the record. Applicant's point is not well taken.
OPINION EXTENDED. APPLICATION FOR REHEARING OVERRULED.
TORBERT, C.J., and MADDOX, JONES and BEATTY, JJ., concur. *Page 88